

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 22  PM 4: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAXIE L. STRANGE                                CIVIL ACTION

VERSUS                                          NUMBER: 05-2181

ST. TAMMANY PARISH SCHOOL BOARD,                SECTION: "B"(5)
ET AL.

## ORDER ON CONSENT

One of the parties to this proceeding has advised the undersigned that she/it is unwilling to proceed to trial before the Magistrate Judge under 28 U.S.C. §636(c).  Because a jury trial has been demanded, the matter is hereby returned to the docket of the District Judge for the scheduling of a preliminary conference and the selection of cut-off, pre-trial conference, and trial dates and the preliminary conference scheduled for November 29, 2005 is hereby cancelled.

New Orleans, Louisiana, on this **22** day of November, 2005.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No _____